UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| DENNIS DEWAYNE CURRY,  )<br>  )<br>   Plaintiff,  )<br>  )<br>v.  )<br>  )<br>OFFICER HORTON,  )<br>  )<br>   Defendant.  ) | Case No. 5:18-cv-01939-ACA-SGC |

**MEMORANDUM OPINION**

The magistrate judge entered a report on November 3, 2020, recommending that the court grant Defendant Officer Justin Horton's motion for summary judgment. (Doc. 17). The magistrate judge advised the parties of their right to file objections within fourteen days (doc. 17 at 10–11) and granted Plaintiff Dennis Dewayne Curry's motion for an extension of time to file objections (doc. 19). To date, the court has not received any objections to the report and recommendation.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court **ADOPTS** the magistrate judge's report and **ACCEPTS** the recommendation. Accordingly, the court **GRANTS** Officer Horton's motion for summary judgment and **WILL ENTER JUDGMENT AS A MATTER OF LAW** in favor of Officer Horton and against Mr. Curry.

The court will enter a separate final judgment.

**DONE** and **ORDERED** this December 17, 2020.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE